Barry L. Breslow, Esq. (SBN 3023)
Frank C. Gilmore, Esq. (SBN 10052)
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Tel: (775) 329-3151 / Fax: (775) 329-7941

Howard J. Weg (State Bar No. 91057) (admitted *pro hac vice*)
hweg@peitzmanweg.com
Scott F. Gautier (State Bar No. 211742) (admitted *pro hac vice*)
sgautier@peitzmanweg.com
PEITZMAN WEG LLP
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Tel: (310) 552-3100
Fax: (310) 552-3101

Counsel for Paul A. Morabito

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

### (RENO)

| | |
|---|---|
| In re | Case No. BK-N-13-51237 |
| PAUL A. MORABITO, an individual, | Chapter No. 7 |
| Alleged Debtor. | **DECLARATION OF PAUL A. MORABITO IN SUPPORT OF MOTION TO DISMISS INVOLUNTARY CHAPTER 7 PETITIONS** |
| | Date: TBD<br>Time: TBD<br>Place: Courtroom 1<br>C. Clifton Young Federal Building<br>300 Booth Street<br>Reno, NV 89509<br>Judge: Hon. Gregg Zive |

I, Paul A. Morabito, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. I have prepared this declaration in connection with the Motion (the "Motion") to Dismiss the Involuntary Chapter 7 Petitions filed by JH, Inc. ("JH"), Jerry Herbst ("Herbst"), and

Berry-Hinckley Industries ("BHI") (collectively, "Herbst").

**Consolidated Nevada Corporation**

3. Consolidated Nevada Corporation is a Nevada corporation that does not operate or conduct any business, holds no material assets and has a single obligation—the obligation to the Petitioning Creditor in the amount of approximately $12 million.

**Paul A. Morabito**

4. I am an unmarried individual; I have no spouse or domestic partner.

5. As of June 20, 2013 (the "Petition Date"), to the best of my knowledge, my assets consisted of approximately the following: (i) cash of less than $1,000; (ii) approximately $10,000 in two bank accounts; (iii) ownership of Consolidated Nevada Corporation (value *less than* $0); (iv) ownership of a commercial property through a Nevada LLC (value of approximately $150,000); and (v) personal effects (i.e. clothing and home furnishings).

6. I have not hidden my assets or financial affairs from Herbst or fraudulently transferred any assets for less than fair market or reasonably equivalent value.

7. Although I had no significant debts on the Petition Date other than credit card debt and the obligation to the Petitioning Creditor, I had in excess of 12 creditors on such date. There may be more, but my creditors on the Petition Date included: Jerry Herbst; Lippes Mathias Wexler and Friedman (law-firm); Robison, Belaustegui, Sharp & Low (law-firm), Verizon (phone), AT&T (phone and internet), Anthem (insurance), landlord for residence in Los Angeles, Land Rover Financial (auto lease), The Gas Company, Time Warner, Chartis Insurance, LA Dept. of Water & Power, Bank of America (4 separate credit card accounts), Citibank (credit card).

8. With the exception of the obligations to the Petitioning Creditor (Herbst, et al.), at all relevant times prior to the Petition Date, the obligations to all of my creditors were paid as they came due.

**Obligation to Herbst and Affiliates**

9. There is one obligation owing by me and CNC to the Petitioning Creditor. The Obligation arises from litigation in Case No. CV07-02764, in the Second Judicial District Court of the State of Nevada, in and for the County of Washoe (the "State Court"), captioned <u>Consolidated</u>

-1-

1  Nevada Corp., et al., v. JH, Inc., et al. (the "State Court Case").

2  10. During appeal of a judgment that was later vacated by agreement, we entered into that certain Settlement Agreement and Mutual Release, effective as of November 30, 2011 (the "Settlement Agreement"). A true and correct copy of the Settlement Agreement is attached hereto as "Exhibit A", hereto.

**Discovery, Payments, Defaults and Attempts To Enforce Remedies**

11. During the period from January through June, 2011, I provided extensive discovery to the Petitioning Creditor regarding my assets, liabilities and financial affairs, including credit card, bank statements, tax returns, business ledgers, wire transfer receipts and corporate financial statements.

12. In February and March, 2011, I caused to be delivered approximately 30 banker-boxes of tax related records to the Petitioning Creditor and its financial expert, which records were reviewed by the Petitioning Creditor in discussion with my accountant.

13. Additionally, the Petitioning Creditor conducted my depositions and a deposition of Michelle Salazar, a forensic accountant that I hired.

14. As of the Petition Date, I have made payments to, or for the benefit of, Jerry Herbst in the amount of approximately $7.7 million.

15. I understand that I have not made all of the payments due under the Settlement Agreement. At this time, I do not have the assets necessary to make the payments due.

16. Following discussions and negotiations with Jerry Herbst, on or about, March 1, 2013, I entered into a forbearance agreement (the "Forbearance Agreement") with respect to the exercise of the Petitioning Creditor's available remedies under the Settlement Agreement. A true and correct copy of the Forbearance Agreement is attached as "Exhibit B", hereto.

17. I was unable to make the specified payments required by the Forbearance Agreement.

//
//
//

-2-

1  I declare under penalty of perjury of the laws of the United States of America that the
2  foregoing is true and correct. Executed this 15th day of July 2013, at London, England.

_____
Paul A. Morabito

-3-

**CERTIFICATE OF SERVICE**

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, that I am over the age of 18 and not a party to the above-referenced case, and that on the date below I caused to be served a true copy of the **Declaration of Paul A. Morabito in Support of Motion to Dismiss Involuntary Chapter 7 Petition** on all parties to this action by the method(s) indicated below:

__X__   I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which served the following parties electronically:

| | |
|---|---|
| Gabrielle A. Hamm<br>bknotices@gordonsilver.com;<br>bankruptcynotices@gordonsilver.com<br>*Attorney for* Creditor Berry-Hinckley Industries, Creditor JH, Inc., Creditor Jerry Herbst | **U.S. TRUSTEE - RN – 11**<br>USTPRegion17.RE.ECF@usdoj.gov<br>*U.S. Trustee* |

__X__   by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

BMW Financial Services NA, LLC Department
Post Office Box 201347
Arlington, TX  76006

DATED:  This 15th day of July, 2013.

/s/  Mary Carroll Davis

-4-