*Mary A Schott*
_____
Mary A. Schott
Clerk of Court

Entered on Docket
January 08, 2015

GORDON SILVER
GERALD M. GORDON, ESQ., Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
BRIAN R. IRVINE, ESQ., Nevada Bar No. 7758
E-mail: birvine@gordonsilver.com
GABRIELLE A. HAMM, ESQ., Nevada Bar No. 11588
E-mail: ghamm@gordonsilver.com
MARK M. WEISENMILLER, ESQ., Nevada Bar No. 12128
E-mail: mweisenmiller@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Petitioning Creditors
JH, Inc., Jerry Herbst, and Berry-Hinckley Industries

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

PAUL A. MORABITO, an individual,

    Alleged Debtor.

Case No.: BK-N-13-51237-GWZ
Chapter 7

### ORDER AUTHORIZING EXAMINATION OF LIPPES MATHIAS WEXLER FRIEDMAN, LLP PURSUANT TO BANKRUPTCY RULE 2004

Upon the *Ex Parte Application for Examination of LIPPES MATHIAS WEXLER FRIEDMAN, LLP Pursuant to Bankruptcy Rule 2004* (the "Ex Parte Application") filed by the Petitioning Creditors, and good cause appearing therefor;

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103565-003.0002/2539024

1  **IT IS HEREBY ORDERED** that the Ex Parte Application is GRANTED and LIPPES
2  MATHIAS WEXLER FRIEDMAN, LLP shall appear for an examination pursuant to Rule 2004
3  relating to the financial affairs of the Debtor.

4  **IT IS SO ORDERED.**

6  PREPARED AND SUBMITTED BY:
7  GORDON SILVER

By: _____
GERALD M. GORDON, ESQ.
BRIAN R. IRVINE, ESQ.
GABRIELLE A. HAMM, ESQ.
MARK M. WEISENMILLER, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Attorneys for Petitioning Creditors

###

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103565-003.0002/2539024

2