_[Signature]_
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
May 18, 2015

Barry L. Breslow, Esq. (SBN 3023)
Frank C. Gilmore, Esq. (SBN 10052)
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Tel: (775) 329-3151 / Fax: (775) 329-7941

Jeffrey L. Hartman, Esq. (SBN 1607)
Hartman & Hartman
510 W. Plumb Ln., Suite B
Reno, Nevada 89509
Tel: (775) 334-2800 / Fax: (775) 324-1818

Counsel for Paul A. Morabito

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>PAUL A. MORABITO,<br><br>Alleged Debtor. | Case No. BK-N-13-51237  GWZ<br><br>Chapter No. 7<br><br>**ORDER DENYING MOTION TO COMPEL PRODUCTION OF DOCUMENTS AS TO ROBISON BELAUSTEGUI SHARP & LOW, P.C.**<br><br>Date:   May 13, 2015<br>Time:  10:00 am<br><br>Judge:  Hon. Gregg Zive |

    This matter came before the Court on the Motion (Doc#269) and Supplemental Motion (Doc#286)(hereinafter the "Motion") of JH, INC., Jerry Herbst, and Berry-Hinckley Industries for Order Compelling the Production of Documents from the law firm of Robison, Belaustegui, Sharp & Low, P.C. ("RBSL") pursuant to a subpoena served on or about January 8, 2015. Capitalized

terms not otherwise defined herein have the meanings given to them in the Motion. Various declarations were filed in support of the Motion. An objection to the Motion was filed by RBSL, and various declarations were filed in support of the opposition.

Appearances were noted on the record. Based on the Court's findings and conclusions, evidence, and all the files, records and proceedings herein, pursuant to Federal Rule of Bankruptcy Procedure 7052, made applicable to this contested matter by Federal Rule of Bankruptcy Procedure 9014(c), following the close of argument, the Court orally stated and recorded in open court its decision, including its findings and conclusions related thereto.

Accordingly,

IT IS HEREBY ORDERED THAT the Motion, as to RBSL, is DENIED as MOOT.

Prepared and Submitted by:

/s/ Frank Gilmore
Frank C. Gilmore, Esq. (SBN 10052)
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
Tel: (775) 329-3151 / Fax: (775) 329-7941
Counsel for Paul A. Morabito

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_ No party appeared at the hearing or filed an objection to the motion.

✓ A copy of this proposed Order was delivered to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| Party | Counsel | Disposition |
| --- | --- | --- |
| Jerry Herbst; JH, Inc.; | Gordon Silver | Approved |
| Berry-Hinckley Industries | Gerald M. Gordon, Esq. | Approved |

\_\_\_ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Date: May 14, 2015

ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503

And

Jeffrey L. Hartman, Esq. (SBN 1607)
Hartman & Hartman
510 W. Plumb Ln., Suite B
Reno, Nevada 89509
Tel: (775) 334-2800 / Fax: (775) 324-1818

By: /s/ Frank C. Gilmore
Barry L. Breslow, Esq. (SBN 3023)
Frank C. Gilmore, Esq. (SBN 10052)
Attorneys for Paul A. Morabito

-2-