_____
Mary A. Schott
Clerk of Court

Entered on Docket
July 30, 2015

GARMAN TURNER GORDON LLP
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
MARK M. WEISENMILLER, ESQ.
Nevada Bar No. 12128
E-mail: mweisenmiller@gtg.legal
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
Telephone 725-777-3000
Facsimile 725-777-3112
*Attorneys for JH, Inc., Jerry Herbst,
and Berry-Hinckley Industries*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PAUL A. MORABITO,<br><br>Debtor. | Case No.: BK-S-13-51237-gwz<br>Chapter 11<br><br>Date:  N/A<br>Time:  N/A |

**ORDER AUTHORIZING EXAMINATION OF HOLLAND & KNIGHT LLP PURSUANT TO BANKRUPTCY RULE 2004**

Upon the *Amended Ex Parte Application for Examination of Holland & Knight LLP Pursuant to Bankruptcy Rule 2004* and good cause appearing therefore;

**IT IS HEREBY ORDERED** that Holland & Knight LLP shall appear for a 2004 Examination on **September 15, 2015 at 9:30 a.m.** (or such other mutually agreeable time) pursuant to Fed. R. Bankr. P. 2004 relating to the financial affairs of the Debtor, Paul A. Morabito.

1 **IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

GARMAN TURNER GORDON LLP

By:  */s/ Mark M. Weisenmiller*
 GERALD M. GORDON, ESQ.
 MARK M. WEISENMILLER, ESQ.
 650 White Drive, Ste. 100
 Las Vegas, Nevada 89119
 Telephone 725-777-3000
 Facsimile 725-777-3112
 *Attorneys for Creditors JH, Inc., Jerry Herbst, and Berry-Hinckley Industries*