K&L GATES, LLP
Trey A. Monsour (Texas Bar #14277200)
Pro Hac Vice
John F. Sullivan (Texas Bar #19485010)
Pro Hac Vice
Elizabeth A. Gilman (Texas Bar #24069265)
Pro Hac Vice
1000 Main Street, Suite 2550
Houston, TX  77002
Telephone:  (713) 815-7300
Facsimile:  (713) 815-7301
E-mail: trey.monsour@klgates.com
         john.sullivan@klgates.com
         beth.gilman@klgates.com

LAW OFFICES OF ALAN R. SMITH
Alan R. Smith # 1449
505 Ridge Street
Reno, Nevada 89501
Telephone:   (775) 786-4579
Facsimile:    (775) 786-3066
E-mail:        mail@asmithlaw.com

Attorneys for Edward Bayuk and The Jackson Hole Trust, as Trustee of the Meadow Farms Irrevocable Trust

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

### (RENO)

| | |
|---|---|
| In re<br><br>PAUL A. MORABITO, an individual,<br>           Debtor. | Case No.:   BK-N-13-51237<br><br>Chapter No.:       7<br><br>**STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

IT IS NOW HEREBY STIPULATED between the parties hereto, pursuant to LR 1A 11-6, that Trey A. Monsour, John F. Sullivan and Elizabeth A. Gilman, all admitted *pro hac vice*, and the law firm K&L Gates, LLP and The Law Office of Allen R. Smith may, with leave of court, withdraw as counsel for Edward Bayuk ("Mr. Bayuk") and The Jackson Hole Trust ("Jackson Hole"), as Trustee of the Meadow Farms Irrevocable Trust in the above-captioned case, and shall be removed from the docket of this case and

Case 13-51237-gwz    Doc 831    Entered 05/03/17 14:56:39    Page 2 of 4

be substituted by the law firms of Robison, Belaustegui, Sharp & Low, to serve as lead counsel of record for Mr. Bayuk and Jackson Hole.

Dated: May 3, 2017  **K&L GATES, LLP**

By: /s/ *Trey A. Monsour*
Trey A. Monsour

**Withdrawing Attorneys for Edward Bayuk and The Jackson Hole Trust, as Trustee of the Meadow Farms Irrevocable Trust**

Dated: May 3, 2017  **LAW OFFICE OF ALAN R. SMITH**

By: /s/ *Alan R. Smith*
Alan R. Smith

**Withdrawing Attorneys for Edward Bayuk and The Jackson Hole Trust, as Trustee of the Meadow Farms Irrevocable Trust**

Dated: May 2, 2017  **ROBISON, BELAUSTEGUI, SHARP & LAW**

By: /s/ *Franck C. Gilmore*
Frank C. Gilmore

**Substituting Attorneys for Edward Bayuk and The Jackson Hole Trust, as Trustee of the Meadow Farms Irrevocable Trust**

Dated: May 2, 2017  By: /s/ *Edward Bayuk*
**Edward Bayuk**

Dated: May 2, 2017  By: /s/ *Robert Burke*
**Robert Burke, Trust Protector of The Jackson Hole Trust, as Trustee of the Meadow Farms Irrevocable Trust**

2
**STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**
500381198 v1                                                                 05/03/2017

1  **The above Stipulation for Withdrawal and Substitution of Counsel is**
2  **APPROVED, and**
3
4
5
6                                                **IT IS SO ORDERED**
7
8                              By: _____
                                   **UNITED STATES BANKRUPTCY  JUDGE**
9
10                                 Dated: May __, 2017
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**STIPULATION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL**

# AFFIDAVIT OF SERVICE

STATE OF TEXAS        )
                      ): ss.
COUNTY OF HARRIS      )

I, Mai Truong, depose and say under penalty of perjury:

That pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of K&L Gates, LLP. I am a citizen of the United States, over eighteen (18) years of age, and not a party to, nor interested in the within action; that on May 3, 2017, the following document was electronically filed: **STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL.**

Electronic service was noticed by the Court to the individuals and entities reflected on the attached Notice of Electronic Filing; affiant further states that on May 3, 2017, true and correct copies of the above-referenced documents were deposited in the United States mail at Houston, Texas, postage prepared, addressed to the names and addresses reflected on the attached Notices of Electronic Filing for persons not receiving electronic notice.

Dated: May 3, 2017            By: _____

Withdrawing Attorneys for Edward Bayuk and The Jackson Hole Trust, as Trustee of the Meadow Farms Irrevocable Trust

STATE OF TEXAS        )
                      ): ss.
COUNTY OF HARRIS      )

Subscribed and sworn to before me, this 3rd day of May, 2017 by Mai Truong.

_____
NOTARY PUBLIC

Shameeza Y Ali
My Commission Expires
11/20/2020
ID No. 12072455

---

4
**STIPULATION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL**