KENT ROBISON, ESQ. – NSB #1167
krobison@rssblaw.com
HANNAH WINSTON, ESQ. – NSB #14520
hwinston@rssblaw.com
**Robison, Sharp, Sullivan & Brust**
71 Washington Street
Reno, Nevada 89503
Telephone:    775-329-3151
Facsimile:    775-329-7169
*Attorneys for Jeffrey L. Hartman, Esq.,*
*Hartman & Hartman, David R. Houston, Esq.,*
*and the Law Office of David R. Houston*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

In re:

PAUL A. MORABITO,

Debtor.

Case No.: BK-S-13-51237-GWZ
Chapter: 7

**Hearing:**
Date: February 4, 2021
Time: 10:00 a.m.

### SUR-REPLY TO REPLY TO OPPOSITION TO MOTION FOR AN ORDER IMPOSING SANCTIONS AGAINST JEFFREY HARTMAN, ESQ. AND HARTMAN & HARTMAN AND DAVID HOUSTON, ESQ. AND THE LAW OFFICES OF DAVID R. HOUSTON PURSUANT TO BANKRUPTCY RULE 9011

Jeffrey Hartman, Esq., Hartman & Hartman, David Houston, Esq., and the Law Offices of David R. Houston (collectively, "Hartman & Houston"), through their attorneys of record, Kent. R. Robison, Esq. and Hannah E. Winston, Esq., of the law offices of Robison, Sharp, Sullivan & Brust, respectfully submit their Sur-Reply to the Reply to Opposition to Motion for an Order Imposing Sanctions Against Jeffrey Hartman, Esq. and Hartman & Hartman and David Houston, Esq. and the Law Offices of David R. Houston Pursuant to Bankruptcy Rule 9011 as follows.

Unfortunately, Mr. Gordon has been mistakenly and inappropriately mischaracterized in Hartman and Houston's Opposition. The Herbst Parties argue that the undersigned ("Counsel") has misrepresented material facts to the Court. That is true. Counsel did misrepresent, through a mistake, that Mr. Gordon did something improper. Specifically, Counsel states in the Opposition

that:

> The Herbst Parties argue that Hartman and Houston aver that John Desmond and Gerald Gordon obtained the Abandonment Order and Nondischarge Judgment by defrauding the Court through Gordon's transmission of the BHI 2006 Check Register. **Hartman and Houston never made that argument**.
>
> Rather, Hartman and Houston alleged that Gordon's August 22, 2019 e-mail wherein he sent Hartman and Houston the purported BHI Check Register was the first evidence that corroborated their theory that ***Gordon*** committed fraud on the Court in 2010 and that demonstrated Wood fraudulently re-created certain BHI financial statements.

Opposition, p. 14 (second emphasis added).

Counsel intended to refer to "the Herbst Parties" but mistakenly referred to their counsel, Mr. Gordon. There was never any intention to indicate that Mr. Gordon previously represented the Herbst Parties or that he in any way defrauded the Court. Rather, Counsel was trying to clarify **Hartman and Houston's position** in the Independent Motion and mistakenly referred to Mr. Gordon instead of his client, the Herbst Parties. Mr. Gordon deserves better. Under no circumstances does the undersigned believe or contend that Mr. Gordon ever did anything dishonest or improper. Indeed, the opposite is true. More than a personal and professional apology is warranted.

Hartman and Houston's position in the Independent Motion was that Mr. Gordon's August 22, 2019 e-mail included an attachment (the BHI check register) that Hartman and Houston thought and has argued was evidence corroborating Mr. Morabito's theory of fraud on the Court perpetrated by the Herbst Parties during trial—not that Mr. Gordon's e-mail itself constituted fraud on the Court. The underlying contention was that Mr. Gordon just provided evidence, not that Mr. Gordon made misrepresentations. The Court deserves better as well.

Second, in their Reply, the Herbst Parties criticize Hartman and Houston for not providing a declaration in support of their Opposition. This Court has not identified the February 4, 2021 hearing as being an evidentiary hearing. Therefore, any declaration may be improperly self-serving given that opposing party's right to cross examine witnesses would be unavailable. However, if this Court intends to hear evidence, Hartman and Houston will call Mr. Hartman to

testify, thereby allowing the Herbst Parties the right to confront and cross examine.

However, the standard for a motion for sanctions is an objective one. Therefore, Mr. Hartman's testimony setting forth "subjective" reasoning would be irrelevant. The key issue under Rule 11 considerations is what is a reasonable inquiry by objective standards, not Mr. Hartman's or Mr. Houston's inquiries. Accordingly, Counsel did not deem it appropriate to attach a declaration to the Opposition given the circumstances of this case.

DATED this 21st day of January, 2021.

>ROBISON, SHARP, SULLIVAN & BRUST
>71 Washington Street
>Reno, Nevada  89503
>
>/s/ *Kent R. Robison*
>KENT R. ROBISON – NSB #1167
>HANNAH E. WINSTON – NSB #14520
>*Attorneys for Jeffrey L. Hartman, Esq.,*
>*Hartman & Hartman, David R. Houston, Esq.,*
>*and the Law Office of David R. Houston*

**CERTIFICATE OF SERVICE**

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of Robison, Sharp, Sullivan & Brust, that I am over the age of 18 and not a party to the above-referenced case, and that on the date below I caused to be served a true copy of the **SUR REPLY TO REPLY TO OPPOSITION TO MOTION FOR AN ORDER IMPOSING SANCTIONS AGAINST JEFFREY HARTMAN, ESQ. AND HARTMAN & HARTMAN AND DAVID HOUSTON, ESQ. AND THE LAW OFFICES OF DAVID R. HOUSTON PURSUANT TO BANKRUPTCY RULE 9011** on all parties to this action by the method(s) indicated below:

__X__  I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which served the following parties electronically:

SETH J. ADAMS on behalf of Plaintiff WILLIAM A. LEONARD, JR.
sadams@woodburnandwedge.com, mpayette@woodburnandwedge.com

SETH J. ADAMS on behalf of Trustee WILLIAM A. LEONARD
sadams@woodburnandwedge.com, mpayette@woodburnandwedge.com

ROBERT M. CHARLES, JR. on behalf of Creditor SUPERMESA FUEL & MERC, LLC
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR. on behalf of Creditor JAN FRIEDERICH
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR. on behalf of Creditor MAREK FRIEDERICH
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR. on behalf of Defendant SUPERMESA FUEL & MERC, LLC
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR. on behalf of Defendant JAN FRIEDERICH
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com,robert-charles-1072@ecf.pacerpro.com

ROBERT M. CHARLES, JR. on behalf of Defendant MAREK FRIEDERICH
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com,robert-charles-1072@ecf.pacerpro.com

JONATHAN S. DABBIERI on behalf of Interested Party WILLIAM A. LEONARD, JR
dabbieri@sullivanhill.com, hill@sullivanhill.com;hawkins@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;dabbieri@ecf.inforuptcy.com

JONATHAN S. DABBIERI on behalf of Interested Party WILLIAM A. LEONARD, JR.
dabbieri@sullivanhill.com,
hill@sullivanhill.com;hawkins@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;dabbieri@ecf.inforuptcy.com

JONATHAN S. DABBIERI on behalf of Plaintiff WILLIAM A. LEONARD JR.
dabbieri@sullivanhill.com,
hill@sullivanhill.com;hawkins@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;dabbieri@ecf.inforuptcy.com

JONATHAN S. DABBIERI on behalf of Plaintiff WILLIAM A. LEONARD, JR.
dabbieri@sullivanhill.com,
hill@sullivanhill.com;hawkins@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;dabbieri@ecf.inforuptcy.com

JONATHAN S. DABBIERI on behalf of Trustee WILLIAM A. LEONARD
dabbieri@sullivanhill.com,
hill@sullivanhill.com;hawkins@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;dabbieri@ecf.inforuptcy.com

MICHAEL R ESPOSITO on behalf of Petitioning Creditor BERRY-HINCKLEY INDUSTRIES
mesposito@gtg.legal, bknotices@gtg.legal

MICHAEL R ESPOSITO on behalf of Petitioning Creditor JH, INC.
mesposito@gtg.legal, bknotices@gtg.legal

MICHAEL R ESPOSITO on behalf of Petitioning Creditor JERRY HERBST (DECEASED)
mesposito@gtg.legal, bknotices@gtg.legal

MICHAEL R ESPOSITO on behalf of Petitioning Creditor MARYANNA HERBST
mesposito@gtg.legal, bknotices@gtg.legal

MICHAEL R ESPOSITO on behalf of Plaintiff BERRY-HINCKLEY INDUSTRIES
mesposito@gtg.legal, bknotices@gtg.legal

MICHAEL R ESPOSITO on behalf of Plaintiff JH, INC.
mesposito@gtg.legal, bknotices@gtg.legal

MICHAEL R ESPOSITO on behalf of Plaintiff MARYANNA HERBST
mesposito@gtg.legal, bknotices@gtg.legal

MICHAEL R ESPOSITO on behalf of Special Counsel GARMAN TURNER GORDON LLP
mesposito@gtg.legal, bknotices@gtg.legal

MICHAEL R ESPOSITO on behalf of Special Counsel GORDON SILVER
mesposito@gtg.legal, bknotices@gtg.legal

MICHAEL R ESPOSITO on behalf of Special Counsel GARMAN TURNER GORDON
mesposito@gtg.legal, bknotices@gtg.legal

JOSEPH P. GARIN on behalf of Defendant ROBISON, SHARP, SULLIVAN & BRUST, LTD.
losuna@lipsonneilson.com;aochoa@lipsonneilson.com;jcerezo@lipsonneilson.com

FRANK C. GILMORE on behalf of Defendant CUSENZA, LLC
fgilmore@rssblaw.com, mdavis@rssblaw.com

FRANK C. GILMORE on behalf of Defendant SNOWSHOE PETROLEUM, INC.
fgilmore@rssblaw.com, mdavis@rssblaw.com

FRANK C. GILMORE on behalf of Defendant SALVATORE MORABITO
fgilmore@rssblaw.com, mdavis@rssblaw.com

FRANK C. GILMORE on behalf of Interested Party SNOWSHOE PROPERTIES LLC
fgilmore@rssblaw.com, mdavis@rssblaw.com

FRANK C. GILMORE on behalf of Interested Party EDWARD BAYUK
fgilmore@rssblaw.com, mdavis@rssblaw.com

FRANK C. GILMORE on behalf of Interested Party PAUL A. MORABITO
fgilmore@rssblaw.com, mdavis@rssblaw.com

FRANK C. GILMORE on behalf of Plaintiff CONSOLIDATED NEVADA CORPORATION
fgilmore@rssblaw.com, mdavis@rssblaw.com

FRANK C. GILMORE on behalf of Plaintiff PAUL A. MORABITO
fgilmore@rssblaw.com, mdavis@rssblaw.com

GERALD M GORDON on behalf of Petitioning Creditor BERRY-HINCKLEY INDUSTRIES
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Petitioning Creditor JH, INC.
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Petitioning Creditor BERRY-HINCKLEY INDUSTRIES
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Petitioning Creditor JH, INC.
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Plaintiff WILLIAM A. LEONARD
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Trustee WILLIAM A. LEONARD
ghamm@Gtg.legal, bknotices@gtg.legal

JEFFREY L HARTMAN on behalf of Debtor PAUL A. MORABITO
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Defendant JACKSON HOLE TRUST COMPANY
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Defendant MEADOW FARMS TRUST
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Defendant SNOWSHOE PROPERTIES, LLC
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Defendant EDWARD BAYUK
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Defendant PAUL A. MORABITO
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Plaintiff PAUL A. MORABITO
notices@bankruptcyreno.com, abg@bankruptcyreno.com

BRIAN R. IRVINE on behalf of Defendant BERRY-HINCKLEY INDUSTRIES
birvine@dickinsonwright.com,
mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com

BRIAN R. IRVINE on behalf of Defendant JH, INC.
birvine@dickinsonwright.com,
mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com

BRIAN R. IRVINE on behalf of Defendant EDWARD J. HERBST
birvine@dickinsonwright.com,
mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com

BRIAN R. IRVINE on behalf of Defendant MARYANNA HERBST
birvine@dickinsonwright.com,
mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com

BRIAN R. IRVINE on behalf of Defendant TIMOTHY P. HERBST
birvine@dickinsonwright.com,
mreel@dickinsonwright.com;RN_litdock

et@dickinsonwright.com

BRIAN R. IRVINE on behalf of Defendant TROY D. HERBST
birvine@dickinsonwright.com,
mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com

BRIAN R. IRVINE on behalf of Interested Party EDWARD J. HERBST
birvine@dickinsonwright.com,
mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com

BRIAN R. IRVINE on behalf of Interested Party TIMOTHY P. HERBST
birvine@dickinsonwright.com,
mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com

BRIAN R. IRVINE on behalf of Interested Party TROY D. HERBST
birvine@dickinsonwright.com,
mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com

BRIAN R. IRVINE on behalf of Petitioning Creditor BERRY-HINCKLEY INDUSTRIES
birvine@dickinsonwright.com,
mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com

BRIAN R. IRVINE on behalf of Petitioning Creditor JH, INC.
birvine@dickinsonwright.com,
mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com

BRIAN R. IRVINE on behalf of Petitioning Creditor MARYANNA HERBST
birvine@dickinsonwright.com,
mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com

NATHAN G. KANUTE on behalf of Creditor HERBERT F BOECKMANN II AND JANE BOECKMANN, AS TRUSTEES OF THE BOECKMANN FAMILY REVOCABLE TRUST
nkanute@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;ljtaylor@swlaw.com

MICHAEL R KEALY on behalf of Interested Party 30 OHM PLACE/4900 MILL, LLC
mkealy@parsonsbehle.com, tbrown@parsonsbehle.com

MICHAEL R KEALY on behalf of Interested Party 788 MALLORY, LLC
mkealy@parsonsbehle.com, tbrown@parsonsbehle.com

MICHAEL R KEALY on behalf of Interested Party DESI MORENO, TRUSTEE OF THE DESI MORENO 2001 TRUST
mkealy@parsonsbehle.com, tbrown@parsonsbehle.com

MICHAEL R KEALY on behalf of Interested Party MILL OHM POSADA, LLC
mkealy@parsonsbehle.com, tbrown@parsonsbehle.com

MICHAEL R KEALY on behalf of Interested Party THE DESI MORENO 2001 TRUST
mkealy@parsonsbehle.com, tbrown@parsonsbehle.com

CECILIA LEE on behalf of Attorney DAVIS GRAHAM & STUBBS LLP
e.high@lee-high.com, e.dendary@lee-high.com;s.ramos@lee-high.com

MICHAEL LEHNERS on behalf of Defendant SNOWSHOE PROPERTIES, LLC
michaellehners@yahoo.com

MICHAEL LEHNERS on behalf of Defendant EDWARD BAYUK
michaellehners@yahoo.com

MICHAEL LEHNERS on behalf of Interested Party SNOWSHOE PROPERTIES LLC
michaellehners@yahoo.com

MICHAEL LEHNERS on behalf of Interested Party EDWARD BAYUK
michaellehners@yahoo.com

WILLIAM A. LEONARD
Trustee@bktte.com, wal@trustesolutions.net

TIMOTHY A LUKAS on behalf of Creditor USHF CELLULAR COMMUNICATIONS, LLC
ecflukast@hollandhart.com

DAVID C. McELHINNEY on behalf of Defendant SUPERMESA FUEL & MERC, LLC
dMcElhinney@lrrc.com

DAVID C. McELHINNEY on behalf of Defendant JAN FRIEDERICH
dMcElhinney@lrrc.com

DAVID C. McElhinney on behalf of Defendant MAREK FRIEDERICH
dMcElhinney@lrrc.com

TREY A. MONSOUR on behalf of Defendant EDWARD BAYUK
TMonsour@Polsinelli.com, ANaumann@polsinelli.com

JOHN F MURTHA on behalf of Attorney WOODBURN AND WEDGE
jmurtha@woodburnandwedge.com, szysman@woodburnandwedge.com

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

JOHN F MURTHA on behalf of Interested Party WILLIAM A. LEONARD, JR.
jmurtha@woodburnandwedge.com, szysman@woodburnandwedge.com

JOHN F MURTHA on behalf of Plaintiff WILLIAM A. LEONARD, JR.
jmurtha@woodburnandwedge.com, szysman@woodburnandwedge.com

JOHN F MURTHA on behalf of Trustee WILLIAM A. LEONARD
jmurtha@woodburnandwedge.com, szysman@woodburnandwedge.com

ANGELA T NAKAMURA OCHOA on behalf of Defendant ROBISON, SHARP, SULLIVAN & BRUST, LTD.
aochoa@lipsonneilson.com

BOB L. OLSON on behalf of Creditor HERBERT F BOECKMANN II AND JANE BOECKMANN, AS TRUSTEES OF THE BOECKMANN FAMILY REVOCABLE TRUST
bolson@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;nkanute@swlaw.com

TERESA M. PILATOWICZ on behalf of Plaintiff WILLIAM A. LEONARD
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Special Counsel GARMAN TURNER GORDON
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Trustee WILLIAM A. LEONARD
tpilatowicz@gtg.legal, bknotices@gtg.legal

JARED M. SECHRIST on behalf of Interested Party JERRY HERBST (DECEASED)
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Plaintiff BERRY-HINCKLEY INDUSTRIES
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Plaintiff JH, INC.
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Plaintiff MARYANNA HERBST
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

DAVID B. SHEMANO on behalf of Debtor PAUL A. MORABITO
dshemano@shemanolaw.com

DAVID B. SHEMANO on behalf of Defendant PAUL A. MORABITO
dshemano@shemanolaw.com

10

DAVID B. SHEMANO on behalf of Interested Party CONSOLIDATED NEVADA CORPORATION
dshemano@shemanolaw.com

DAVID B. SHEMANO on behalf of Interested Party EDWARD BAYUK
dshemano@shemanolaw.com

DAVID B. SHEMANO on behalf of Plaintiff CONSOLIDATED NEVADA CORPORATION
dshemano@shemanolaw.com

DAVID B. SHEMANO on behalf of Plaintiff PAUL A. MORABITO
dshemano@shemanolaw.com

ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL REZ & ENGEL, APLC
stephens@sullivanhill.com, rudolph@sullivanhill.com;hill@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com;Hawkins@sullivanhill.com

ELIZABETH E. STEPHENS on behalf of Plaintiff WILLIAM A. LEONARD, JR.
stephens@sullivanhill.com, rudolph@sullivanhill.com;hill@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com;Hawkins@sullivanhill.com

ELIZABETH E. STEPHENS on behalf of Trustee WILLIAM A. LEONARD
stephens@sullivanhill.com, rudolph@sullivanhill.com;hill@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;stephens@ecf.courtdrive.com;Hawkins@sullivanhill.com

AMY N. TIRRE on behalf of Interested Party LIPPES MATHIAS WEXLER FRIEDMAN LLP
amy@amytirrelaw.com, admin@amytirrelaw.com

U.S. TRUSTEE - RN - 7
USTPRegion17.RE.ECF@usdoj.gov

HOWARD J WEG on behalf of Debtor PAUL A. MORABITO
hweg@hjwadvisor.com

MARK M. WEISENMILLER on behalf of Creditor BERRY-HINCKLEY INDUSTRIES
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK M. WEISENMILLER on behalf of Creditor JH, INC.
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK M. WEISENMILLER on behalf of Creditor MARYANNA HERBST
mweisenmiller@gtg.legal, bknotices@gtg.legal

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

11

| | |
|---|---|
| 1 | MARK M. WEISENMILLER on behalf of Defendant BERRY-HINCKLEY INDUSTRIES |
| 2 | mweisenmiller@gtg.legal, bknotices@gtg.legal |
| 3 | MARK M. WEISENMILLER on behalf of Defendant BERRY-HINCKLEY INDUSTRIES, |
| 4 | mweisenmiller@gtg.legal, bknotices@gtg.legal |
| 5 | MARK M. WEISENMILLER on behalf of Defendant JH, INC. |
| 6 | mweisenmiller@gtg.legal, bknotices@gtg.legal |
| 7 | MARK M. WEISENMILLER on behalf of Defendant EDWARD J. HERBST |
| 8 | mweisenmiller@gtg.legal, bknotices@gtg.legal |
| 9 | MARK M. WEISENMILLER on behalf of Defendant JERRY HERBST (DECEASED) |
| 10 | mweisenmiller@gtg.legal, bknotices@gtg.legal |
| 11 | MARK M. WEISENMILLER on behalf of Defendant MARYANNA HERBST |
| 12 | mweisenmiller@gtg.legal, bknotices@gtg.legal |
| 13 | MARK M. WEISENMILLER on behalf of Defendant TIMOTHY P. HERBST |
| 14 | mweisenmiller@gtg.legal, bknotices@gtg.legal |
| 15 | MARK M. WEISENMILLER on behalf of Defendant TROY D. HERBST |
| 16 | mweisenmiller@gtg.legal, bknotices@gtg.legal |
| 17 | MARK M. WEISENMILLER on behalf of Interested Party BERRY-HINCKLEY INDUSTRIES |
| 18 | mweisenmiller@gtg.legal, bknotices@gtg.legal |
| 19 | MARK M. WEISENMILLER on behalf of Interested Party JH, INC. |
| | mweisenmiller@gtg.legal, bknotices@gtg.legal |
| 20 | MARK M. WEISENMILLER on behalf of Interested Party JERRY HERBST (DECEASED) |
| 21 | mweisenmiller@gtg.legal, bknotices@gtg.legal |
| 22 | MARK M. WEISENMILLER on behalf of Petitioning Creditor BERRY-HINCKLEY INDUSTRIES |
| 23 | mweisenmiller@gtg.legal, bknotices@gtg.legal |
| 24 | MARK M. WEISENMILLER on behalf of Petitioning Creditor JH, INC. |
| 25 | mweisenmiller@gtg.legal, bknotices@gtg.legal |
| 26 | MARK M. WEISENMILLER on behalf of Petitioning Creditor MARYANNA HERBST |
| 27 | mweisenmiller@gtg.legal, bknotices@gtg.legal |
| 28 | |

Robison, Sharp, Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

MARK M. WEISENMILLER on behalf of Plaintiff BERRY-HINCKLEY INDUSTRIES
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK M. WEISENMILLER on behalf of Plaintiff JH, INC.
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK M. WEISENMILLER on behalf of Plaintiff MARYANNA HERBST
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK M. WEISENMILLER on behalf of Special Counsel GARMAN TURNER GORDON
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK M. WEISENMILLER on behalf of Trustee WILLIAM A. LEONARD
mweisenmiller@gtg.legal, bknotices@gtg.legal

GILBERT B. WEISMAN on behalf of Creditor AMERICAN EXPRESS CENTURION BANK
notices@becket-lee.com

GILBERT B. WEISMAN on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION
notices@becket-lee.com

RICHARD D WILLIAMSON on behalf of Defendant OPPIO RANCHES, LLC
rich@nvlawyers.com, teresa@nvlawyers.com;eileen@nvlawyers.com;kim@nvlawyers.com;stefanie@nvlawyers.com

__X__  by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States mail at Reno, Nevada, addressed to:

    BMW FINANCIAL SERVICES NA, LLC
    C/O ASCENSION CAPITAL GROUP
    4515 N. SANTA FE AVENUE
    OKLAHOMA CITY, OK  78118-7981

    BMW FINANCIAL SERVICES NA, LLC DEPARTMENT
    ASCENSION CAPITAL GROUP
    4515 N. SANTA FE AVENUE
    OKLAHOMA CITY, OK  78118-7981

    JOHN P. DESMOND on behalf of Defendants BERRY-HINCKLEY INDUSTRIES, JH, INC., MARYANNA HERBST, Interested Parties EDWARD J. HERBST, TIMOTHY P. HERBST, TROY D. HERBST
    100 W. LIBERTY STREET, SUITE 940
    RENO, NV 89501

Robison, Sharp, Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

SCOTT F. GAUTIER on behalf of Debtor PAUL A. MORABITO
2029 CENTURY PARK EAST, STE 3100
LOS ANGELES, CA 90067

DAVID R. HOUSTON
LAW OFFICE OF DAVID R. HOUSTON
432 COURT STREET
RENO, NV 89501

LEWIS AND ROCA LLP
3993 HOWARD HUGHES PKWY, STE 600
ATTN: ROB CHARLES
LAS VEGAS, NV 89169-5996

PAUL A. MORABITO
370 LOS OLIVOS
LAGUNA BEACH, CA 92651

PAUL A. MORABITO
668 NORTH COAST HWY STE 1253
LAGUNA BEACH, CA 92651-1513

JAMES S PROCTOR
200 RIDGE STREET
RENO, NV 89501

SIOBHAN K RAY on behalf of Defendants JACKSON HOLE TRUST COMPANY, EDWARD BAYUK,
K&L GATES, LLP
1000 MAIN ST, STE 2550
HOUSTON, TX 77002

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. SECOND AVENUE
INGRAHAM BUILDING, SUITE 1120
MIAMI, FL 33131-1605

SULLIVAN HILL LEWIN REZ & ENGEL on behalf of Plaintiff WILLIAM A. LEONARD, JR.
228 SOUTH FOURTH STREET, FIRST FLOOR
LAS VEGAS, NV 89101

SULLIVAN HILL REZ & ENGEL on behalf of Trustee WILLIAM A. LEONARD
228 SOUTH FOURTH STREET, FIRST FLOOR
LAS VEGAS, NV 89101

VIRSENET, LLC
C/O 8581 SANTA MONICA BLVD. #708
WEST HOLLYWOOD, CA 90069

MICHAEL A. WALLIN on behalf of Interested Party EDWARD BAYUK
WALLIN & RUSSELL LLP
26000 TOWNE CENTRE DR, STE 130
FOOTHILL RANCH, CA 92610

MICHAEL A. WALLIN on behalf of Plaintiffs BERRY-HINCKLEY INDUSTRIES, JH, INC.
WALLIN & RUSSELL LLP
26000 TOWNE CENTRE DR, STE 130
FOOTHILL RANCH, CA 92610

DATED: This 21st day of January, 2021.

/s/ V. Jayne Ferretto
Employee of Robison, Sharp, Sullivan & Brust

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151